# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| SHERRY FULLER QUEEN, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00175-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 19, 2017 Memorandum of Decision and Order.

September 19, 2017

Frank G. Johns, Clerk
United States District Court